DOCUMENTS UNDER SEAL [ ] TOTAL TIME (mins): 3 minutes

| | | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Brenda Lopez | ~~REPORTER~~/ZOOM RECORDING:<br>11:02-11:05 |
| MAGISTRATE JUDGE<br>Sallie Kim | DATE<br>9/14/2026 | NEW CASE [ ] / CASE NUMBER<br>26-mj-71185-MAG-2 |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. [ ] RET. [ ] APPT. [X] |
|---|---|---|---|---|---|
| Cristian Pavelescu | | Y | P | David Rizk | |

| | | | |
|---|---|---|---|
| U.S. ATTORNEY<br>Kenneth Chambers for David Ward | INTERPRETER<br>Ioana Nitra (Sworn) | [ ] FIN. AFFT SUBMITTED | [X] COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Reanna Agan | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT OF CJA FEES [ ] |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | |
|---|---|---|---|---|
| [ ] INITIAL APPEAR | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [X] STATUS<br>[ ] TRIAL SET |
| [X] I.D. COUNSEL<br>2 minutes | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

**INITIAL APPEARANCE**

| | | | |
|---|---|---|---|
| [ ] ADVISED OF RIGHTS | [ ] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |

**ARRAIGNMENT**

| | | | |
|---|---|---|---|
| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |

**RELEASE**

| | | | | |
|---|---|---|---|---|
| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED<br>DATE: |

| | | |
|---|---|---|
| PROPERTY TO BE POSTED<br>[ ] CASH $ | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |

| | | | | | |
|---|---|---|---|---|---|
| [ ] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| | | | |
|---|---|---|---|
| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| | | | | |
|---|---|---|---|---|
| TO:<br>9/18/2026 | [ ] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
| AT:<br>10:30 AM (Oakland) | [X] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING | [ ] CHANGE OF PLEA | [X] STATUS re: preliminary hearing and detention |
| BEFORE HON.<br>Judge Spero | [ ] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The Court appointed Mr. Rizk nunc pro tunc to 9/11/2026.

DOCUMENT NUMBER: